UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

MARTA HANYZKIEWICZ, on behalf of
herself and all others similarly situated

                                                                    Civil Action No:
                                                                    1:22-cv-2173

                                  Plaintiff,


     -v.-
ALLO FOOD CORP.,
D/B/A LA VILLA PIZZERIA,


                                  Defendants.
--------------------------------------------------------------x


### **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the

Defendant that whereas no party hereto is an infant, incompetent person for whom a

committee has been appointed or conservatee, and no person not a party has an interest in the

subject matter of the action, that the above entitled action specifically with regard to

Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or

disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above

entitled action pursuant hereto.


Dated: October 20, 2022                          Respectfully Submitted,


                                                 /s/Mark Rozenberg
                                                 Mark Rozenberg, Esq.
                                                 **Stein Saks, PLLC**
                                                 One University Plaza
                                                 Hackensack, NJ 07601
                                                 mrozenberg@steinsakslegal.com
                                                 Tel. 201-282-6500
                                                 Fax 201-282-6501
                                                 *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 20th day of October, 2022                Respectfully Submitted,

                                                                */s/ Mark Rozenberg*
                                                                Mark Rozenberg